LAURA BIGGAR BENNETT, appellant,

*v.*

JAMES PIATT, executor et al., respondents.

---

JAMES MCCONNELL and WILLIS BIGGAR, appellants,

*v.*

JAMES PIATT, executor et al., respondents.

[Argued November 22d, 1915. Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported *ante p. 436.*

*Mr. Charles C. Hendrick,* for the complainants-appellants.

*Mr. Gilbert Collins,* for the defendants-respondents.

PER CURIAM.

The decree is affirmed, for the reasons given by Vice-Chancellor Griffin. We regret that we must add that the brief filed in this court by counsel for the appellants is of such a character as to deserve severe rebuke. It contains reiterated aspersions upon the character of eminent counsel who appeared below for the respondents, that are unwarranted by anything in the case. We appreciate the feeling that probably prompted counsel for the respondents in this court to pass it by, but we cannot permit a brief of that character to go unnoticed. It will be suppressed and not preserved with the printed record of the case and the respondents' brief.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, TERHUNE, WILLIAMS, TAYLOR—10.

*For reversal*—None.